JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BEAU BILLINGSLEA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD M. SILVERSTEIN, *et al.*, <br><br> Defendants. | Case No. CV 21-9369 DMG (RAOx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order re Plaintiffs' motion for default judgment [Doc. # 49], issued on February 3, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiffs John Beau Billingslea and Cecelia Billingslea and against Defendants Howard M. Silverstein, d/b/a H. Silverstein and Company CPA, and Markay Financial Corporation, who shall be jointly and severally liable to Plaintiffs in the amount of $166,687.59 plus $78,531.12 in attorneys' fees and $11,813.66 in costs, and post-judgment interest.

DATED: February 3, 2023

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE