# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN (BEAU) BILLINGSLEA, an individual and CECELIA BILLINGSLEA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA; MARKAY FINANCIAL CORPORATION, a California corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 21-9369-DMG (RAOx)<br><br>**PRIVATE PLACE AND ENTRY ORDER PURSUANT TO CCP §699.030(b) AUTHORIZING THE U.S. MARSHAL TO ENTER THE PUBLIC PARKING LOT OF EXTENDED STAY AMERICA WHERE JUDGMENT DEBTOR HOWARD M. SILVERSTEIN IS PRESENTLY RESIDING FOR THE PURPOSE OF THE U.S. MARSHAL LEVYING UPON AND TAKING POSSESSION OF CERTAIN MOTOR VEHICLES OF JUDGMENT DEBTOR HOWARD M SILVERSTEIN, LOCATED THEREON PURSUANT TO WRIT OF EXECUTION [86]** |

1

Upon application duly made by Plaintiffs and Judgment Creditors JOHN (BEAU) BILLINGSLEA, an individual and CECELIA BILLINGSLEA, an individual ("Judgment Creditors BILLINGSLEA") and good cause having been shown therefor:

Judgment Creditors BILLINGSLEA have learned that Judgment Debtor HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA ("Judgment Debtor SILVERSTEIN") is presently residing at Extended Stay America, Unit 132, located at 4881 Birch Street, Newport Beach, California 92660. A certain motor vehicle registered to Judgment Debtor SILVERSTEIN and subject to the Writ of Execution issued by this Court in the above-entitled matter has been seen parked in the adjacent publicly accessible parking lot of Extended Stay America, located at 4881 Birch Street, Newport Beach, California 92660.

Since Judgment Debtor SILVERSTEIN alternates driving and/or has the ability to alternate driving his registered vehicles, there is probable cause to believe the described motor vehicles subject to the Writ of Execution are located in the adjacent publicly accessible parking lot of Extended Stay America located at 4881 Birch Street, Newport Beach, California 92660. *See* Cal. Civ. Proc. Code § 699.030(b).

Judgment Creditors BILLINGSLEA have also concurrently requested and obtained a Substitute Custodians Order to take possession, move and store the motor vehicles described herein and pursuant thereto has instructed the U.S. Marshal for the Central District of California to levy upon said vehicles. The motor vehicles to be levied upon are described as follows:

1) a black 2014 Porsche Cayenne bearing California license #7DXR878 and VIN #WP1AF2A29ELA41388;

2) a yellow 2015 Porsche 911 Convertible bearing California license #CPTSIL and VIN #WP0CA2A91FS137089; and

3

3) a 2007 Aston Martin Convertible bearing California license #7LPZ971 and VIN #SCFAB02A87GB06884.

THEREFORE, IT IS HEREBY ORDERED that:

1. The United States Marshal, in executing the Writ, may gain access to the publicly accessible parking lot of Extended Stay America located at 4881 Birch Street, Newport Beach, California 92660 where Judgment Debtor SILVERSTEIN is presently residing and to enter the Premises where the motor vehicles described herein are located to carry out the levy of said Writ, in order to take possession of the motor vehicles described herein and thereafter the U.S. Marshal will conduct an auction for sale at the Substitute Custodian(s)' premises of Anaheim Fullerton Towing, located at 1041 N. Kempt Street, Anaheim, CA 92801 with the proceeds applied to the outstanding Judgment due to Judgment Creditors BILLINGSLEA.

2. Anyone interfering with the execution of this order shall be subject to arrest by the U.S. Marshal.

3. Judgment Creditors BILLINGSLEA shall hold harmless, indemnify, and defend the U.S. Marshal, his keeper, the United States of America, and the substitute custodians, whether the actions and activities of the aforesaid are negligent or not, against any claims and actions of any nature arising out of any actions or activities of any nature undertaken or performed by Judgment Creditors BILLINGSLEA (and their agents, servants, employees, or others from whom Judgment Creditors BILLINGSLEA are responsible), in relation to Judgment Creditors BILLINGSLEA's storage of the within described personal property that is the subject of the Writ of Execution issued by this Court in the above-captioned matter, including, but not limited to, claims and actions by Judgment Creditors BILLINGSLEA (and their agents, servants, employees, or others from whom Judgment Creditors BILLINGSLEA are responsible), and, further, shall hold harmless and defend the U.S. Marshal, his keeper, the United States of America,

1  and the substitute custodians against all such claims and actions and shall be liable
2  for payment and satisfaction of all judgments rendered or amounts agreed upon in
3  settlement of such claims and actions, in addition to attorneys' fees, costs,
4  disbursements, and court costs incurred in defending against such claims and
5  actions.
6  DATED: June 1, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE