1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN (BEAU) BILLINGSLEA, an individual and CECELIA BILLINGSLEA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA; MARKAY FINANCIAL CORPORATION, a California corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09369-DMG (RAOx)<br>Hon. Rozella A. Oliver, Magistrate Judge<br><br>***NOTE CHANGES MADE BY THE COURT***<br>**ORDER FOR HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA TO APPEAR AT HIS CONTINUED JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS**<br><br>**Date:     October 2, 2023**<br>**Time:     10:00 a.m.**<br>**Place:    500 S. Grand Ave**<br>**            Suite 2010**<br>**            Los Angeles, CA 90071** |

WHEREAS, the Judgement Debtor Examination of Judgment Debtor Howard M. Silverstein, individually and doing business as H. SILVERSTEIN AND COMPANY CPA ("Silverstein") came on for hearing, on August 30, 2023, at 10:00 a.m. before the Honorable Rozella A. Oliver, Magistrate Judge, after Silverstein having been duly served with notice thereof which included a Subpoena to Appear and Testify At a Hearing or Trial in a Civil Action and to produce the documents set forth on Exhibit "1" thereto, on July 19, 2023, at 10:55 a.m. at 4881 Birch Street, Unit 132, Newport Beach, California 92660; and

WHEREAS, Silverstein failed to appear at said Judgment Debtor Examination and same was continued to September 6, 2023, at 11:00 a.m. with Silverstein being ordered back by the Court; and

WHEREAS, Silverstein appeared at the Judgment Debtor Examination on September 6, 2023, at 11:00 a.m. without the requested documents; and

WHEREAS, despite being lawfully served with the Subpoena to Appear, Silverstein produced only his (1) California Driver's License, (2) AAA card, (3) Scan health card, (4) Credit One platinum credit card, (5) Costco Wholesale Executive Members Card, (6) Veteran's Administration Card, and (7) Wells Fargo Bank (Visa or Mastercard), and few miscellaneous cards, but not the subpoenaed documents; and

NOW, THEREFORE, IT IS HEREBY ORDERED that Silverstein shall appear for his continued Judgment Debtor Examination on October 6, 2023, at 11:00 a.m., in Courtroom 590 of the United States District Court located at 255 E. Temple Street, Los Angeles, CA; and

IT IS HEREBY FURTHER ORDERED that Silverstein shall produce the following documents to Ronald P. Slates, Esquire, Ronald P. Slates, A Professional Corporation, 500 S. Grand Avenue, Biltmore Tower Suite 2010, Los Angeles, California 90071 by 12:00 noon on October 2, 2023:

1.  A complete copy of YOUR Federal Income Tax return for the years 2017 through 2022.  [Silverstein shall hereinafter be referred to as "YOU" and/or "YOUR".]

ORDER

PA complete copy of YOUR State Income Tax return for the years 2017 through 2022.

2. Copies of any and all DOCUMENTS and WRITINGS used and/or relied upon by YOU and/or YOUR accountants or other tax preparers or anyone else involved in the preparation of YOUR Federal and State Income Tax Returns for the years of 2017 through the present but not attached to the filed income tax returns. [The terms "DOCUMENTS" and "WRITINGS" shall have the meaning defined in Section 250 of the Evidence Code and shall include but are not limited to, the original or a copy of all records, recordings, videos, papers, letters and telegrams (whether received or sent), memoranda, agreements, handwritten, typed or electronic notes, e-mail (whether received or sent) whether or not in your possession, under your control and/or available to you, your agents, attorneys, employees and/or servants which relate or pertain in any way to the subject matters in connection with which it is used, and such term includes originals and all copies, no matter how prepared, and all drafts prepared in connection with such DOCUMENTS and WRITINGS, including the following: (a) Written statements and transcripts or memoranda of any telephone or oral communication, report or conversation; (b) Drawings, sketches, data reports, lab notebooks, photographs, specifications, graphs or manuals; (c) Licenses, instruments of assignment or conveyance, documents of title, stock and share certificates; (d) Ledgers, journals, financial statements and other financial reports, analyses or recordings; (e) Recordings of all types, including tape recordings or other mechanical or electrical transcriptions or recordings, or any matrix or other device from which additional copies can be made; and, (f) Deeds or deeds of trust, of any kind or nature, notes, agreements, or any documentation relating to a transfer of property or any transfer of title to property.]

3. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to YOUR net worth from 2017 through September 30, 2023, including without

limitation all financial statements, profit (income) and loss statements, and balance sheets (whether or not they fully disclose said net worth).

4. The names, addresses, telephone numbers, fax numbers and email addresses of all persons and/or entities to whom YOU have rendered services from 2017 through September 15, 2023.

5. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate  to payments made to and/or on behalf of YOU for the independent contractor services or employment of YOU at any time from 2017 through September 30, 2023, including but not limited to invoices, canceled checks, credit card receipts, deposit receipts, PayPal receipts/reports, Venmo receipts/reports, Zelle receipts/reports, bank statements, and/or credit/debit card statements, crypto currency, including bitcoin/dogecoin or any form of cash app.

6. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate  to payments currently being made to and/or on behalf of YOU for the services or employment of YOU at any time from 2017 through September 30, 2023, including but not limited to invoices, canceled checks, credit card receipts, deposit receipts, PayPal receipts/reports, Venmo receipts/reports, Zelle receipts/reports, bank statements, and/or credit/debit card statements, crypto currency, including bitcoin/dogecoin or any form of cash app.

7. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to YOUR off-site storage unit, its location, and contact information, including but not limited to, contracts, keys, invoices, late notices, lock-out notices, and all emails or other correspondence with said off-site storage facility from date pf inception to the present.

8. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money in excess of $100.00 paid to YOU by any person or entity at

ORDER

any time from 2017 through September 30, 2023.

9. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money loaned to YOU (or for YOUR benefit) by any person or entity at any time from 2017 through September 30, 2023.

10. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money promised to be paid to YOU (or for YOUR benefit) by any person or entity at any time from 2017 through September 30, 2023.

11. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money advanced to YOU (or for YOUR benefit) by any person or entity at any time from 2017 through September 30, 2023.

12. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money given in any manner whatsoever to YOU (or for YOUR benefit) by any person or entity at any time from 2017 through September 30, 2023.

13. Any and all DOCUMENTS and WRITINGS that refer, reflect or relate to the 2007 Aston Martin D89 with VIN #SCFAB02A87GB06884, License #7LPZ971 owned in whole or in part by YOU and/or by any persons for YOUR benefit from date of purchase (which date is unknown to Judgment Creditors) to alleged date of sale (unknown by Judgment Creditors), including but not limited to, vehicle registration, purchase contract, financing documents, pink slip, current location,

liens or other documents reflecting a secured interest by a 3rd party, amount for which it was sold, sale receipt, name, address and telephone and fax number of purchaser, and to whom the purchase price was paid.

14. Any and all DOCUMENTS and WRITINGS that refer, reflect or relate to the 2014 Porsche Cayenne with VIN #WP1AF2A29ELA41388, License #7DXR878 owned in whole or in part by YOU and/or by any persons for YOUR benefit from date of purchase (which date is unknown to Judgment Creditors) to date of sale (8/24/2023 when Judgment Creditors purchased same from the U.S. Marshal's sale pursuant to a credit bid of $25,002.93) including but not limited to, vehicle purchase contract and financing documents.

15. Any and all DOCUMENTS and WRITINGS that refer, reflect or relate to the 2015 Porsche 911 with VIN #WPOCA2A91FS137089, License #CPTSIL owned in whole or in part by YOU and/or by any persons for YOUR benefit from date of purchase (which date is unknown to Judgment Creditors) to alleged date of sale (unknown by Judgment Creditors), including but not limited to, vehicle registration, purchase contract, financing documents, pink slip, current location, liens or other documents reflecting a secured interest by a 3rd party, amount for which it was sold, sale receipt, name, address and telephone number of purchaser, and to whom the purchase price was paid.

16. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to YOUR employment status.

17. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to YOUR independent contractor status.

18. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to how YOU are earning or otherwise receiving money today.

19. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to how YOU are earning or otherwise receiving credit today.

20. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to

Volta in the U.K. or worldwide as represented by YOU to Judgment Creditors (even though it may now be out of business).

21. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to Rupon Anandanadarajah the contact person for the Volta investment project and the Rockwell Energy Fund investment as represented by YOU to Judgment Creditors., including but not limited to his address, telephone and fax numbers and email addresses.

22. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to Rockwell Energy Fund investment as represented by YOU to Judgment Creditors (even though it may now be out of business).

23. The full name, address, telephone and fax numbers and email addresses of the "banking person" that YOU referred to in communications with Judgment Creditors regarding the Volta Investment and the Rockwell Energy Fund Investment.

24. The full name, address, telephone and fax numbers and email addresses of the "money guy" that YOU referred to in communications with Judgment Creditors regarding the Volta Investment and the Rockwell Energy Fund Investment or any other proposed investment.

25. The full name, address, telephone and fax numbers and email addresses of the "banking person" that YOU referred to in communications with Judgment Creditors regarding the Volta Investment and the Rockwell Energy Fund Investment.

26. The full name, address, telephone and fax numbers and email addresses of everyone from whom YOU received monies to invest in the Volta investment program.

27. The full name, address, telephone and fax numbers and email addresses of anyone YOU solicited to invest in the Volta investment program.

28. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the

amounts invested by each person from whom YOU received monies to invest in the Volta investment program.

29. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the details of the Volta investment program.

30. The full name, address, telephone and numbers and email addresses of everyone from whom YOU received monies to invest in the Rockwell Energy Fund investment program.

31. The full name, address, telephone and fax numbers and email addresses of anyone YOU solicited to invest in the Rockwell Energy Fund investment program.

32. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the amounts invested by each person from whom YOU received monies to invest in the Rockwell Energy Fund investment program.

33. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the details of the Rockwell Energy Fund investment program.

34. The full name, address, telephone and fax numbers and email addresses of everyone to whom YOU paid any monies whatsoever as a result of their participation in the Volta investment program.

35. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the amount of monies paid, if any, by YOU to investors in the Volta Investment Program.

36. The full name, address, telephone and fax numbers and email addresses of everyone to whom YOU paid any monies whatsoever as a result of their participation in the Rockwell Energy Fund investment program.

37. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the amount of monies paid, if any, by YOU to investors in the Rockwell Energy Fund investment program.

38. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to monies YOU received from the Volta investment program.

ORDER

39. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to monies YOU received from the Rockwell Energy Fund investment program.

40. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to transfers of funds from YOUR bank account(s) to Volta.

41. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to transfers of funds from Volta to YOUR bank account(s).

42. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to all assets of YOUR late wife over which YOU had/have control as conservator/beneficiary.

43. Any and all emails to and from YOU and anyone involved in the Volta investment program from inception of YOUR relationship with the Volta investment program to the present.

44. Any and all emails to and from YOU and anyone involved in the Rockwell Energy Fund investment program from inception of YOUR relationship with the Rockwell Energy Fund investment program to the present.

45. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the Judgment entered against YOU in the Superior Court of California, County of Orange, Case No. 30-2020-01144088-CU-BC-CJC entitled *Robert L. Sfreddo vs. Howard M. Silverstein*.

46. Copies of any checks, cashier's checks, electronic payments, wire transfers and/or deposit receipts received by YOU in connection with the "Oil and Gas Investment" referred in the Superior Court of California, County of Orange, Case No. 30-2020-01144088-CU-BC-CJC entitled *Robert L. Sfreddo vs. Howard M. Silverstein*.

47. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to any payments, of any type whatsoever, made by YOU with respect to the Judgment entered against YOU in the Superior Court of California, County of Orange, Case No. 30-2020-01144088-CU-BC-CJC entitled *Robert L. Sfreddo vs. Howard M.*

*Silverstein*.

48. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to any property transferred by YOU to Robert L. Sfreddo in partial and/or full satisfaction of the Judgment entered against YOU in the Superior Court of California, County of Orange, Case No. 30-2020-01144088-CU-BC-CJC entitled *Robert L. Sfreddo vs. Howard M. Silverstein*.

DATED:  September 28, 2023.


_____/s/_____
Hon. Rozella A. Oliver, Magistrate Judge

ORDER