1  RONALD P. SLATES   State Bar #43712
   RONALD P. SLATES, P.C.
2  500 S. Grand Avenue, Biltmore Tower Suite 2010
   Los Angeles, California 90071
3  (213) 624-1515 / FAX (213) 624-7536
   rslates2@rslateslaw.com
4

5  Attorneys for Plaintiffs John (Beau) Billingslea and Cecelia Billingslea

6

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

| | |
|---|---|
| 11  JOHN (BEAU) BILLINGSLEA, an individual and CECELIA BILLINGSLEA, an individual | )  CASE No. 2:21-cv-09369-DMG(RAOx) |
| 13                          Plaintiff, | )  **DECLARATION OF RONALD P. SLATES, ESQ REGARDING "CURRENT STATUS" OF JUDGMENT DEBTOR HOWARD SILVERSTEIN** |
| 14      vs. | ) |
| 15  HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA; MARKAY FINANCIAL CORPORATION, a California corporation and DOES 1 through 25, inclusive, | )  **Date:        October 6, 2023** <br> )  **Time:        11:00 a.m.** <br> )  **Place:       By Zoom** <br> )  **Id: 161 573 6016** <br> )  **Passcode: 385156** <br> )  **Tele. (669) 254-5252** |
| 19                          Defendants. | ) |
| 20 _____ | ) |

21

22

23      I, RONALD P. SLATES, do hereby declare and state as follows:

24      1.      I am an attorney duly licensed to practice law before all of the Courts of

25  the State of California, the United States District Court of California, the 9th Circuit

26  Court of Appeal and the United States Supreme Court, and I have over 40 years'

27  experience in commercial debt collection and enforcement of judgments. I am the sole

28  shareholder and President of Ronald P. Slates, A Professional Corporation (the

1   "Firm"), which represents Plaintiffs herein, John (Beau) Billingslea and Cecelia
2   Billingslea.

3       2.    I am making this Declaration regarding the "current status" of the
4   judgment debtor Howard Silverstein ("Silverstein") as ordered by this Honorable Court
5   on October 4, 2023 in Document Number 120 (No document attached).

6       3.    I am the principal attorney involved in every aspect of this matter. All
7   other attorneys and para-professionals at the Firm work under my direction and
8   supervision in this matter. I have carefully reviewed the file and generally know the
9   contents therein.

10       4.    On October 3, 2023, I was advised by Carl Knapp, the Firm's in-house
11   investigator and California-registered process server, that Silverstein had been arrested
12   on October 3, 2023 and that his next court appearance (at the Central Jail Court) is
13   scheduled for October 5, 2023. A true and correct copy of the Orange County Sheriff's
14   website is attached hereto and incorporated herein as Exhibit "1".

15       5.    On October 4, 2023, Mr. Knapp informed Donnamarie Luengo of
16   Silverstein being in jail in Orange County related to another court case. Mr. Knapp
17   further informed Ms. Luengo that Mr. Slates would be seeking a bench warrant if
18   Silverstein failed to appear.

19       6.    On October 4, 2023, Ms. Luengo informed Mr. Knapp that the Court was
20   amenable to proceeding via Zoom and that the Court directed Mr. Slates to file a
21   notification that Silverstein is in jail.

22       7.    On October 4, 2023, I was provided with a copy of an online article
23   identifying Silverstein being arrested following a two-year inquiry by the Irvine Police
24   Department in which Silverstein is suspected to have masterminded a fraudulent
25   investment scheme causing losses exceeding $1 million. A true and correct copy of
26   the online article is attached hereto and incorporated herein as Exhibit "2".

27       8.    On October 5, 2023, Mr. Slates informed Ms. Luengo that he would be
28   raising the issue of holding the bench warrant until Silverstein is again amenable to

Decl of R. Slates

1   service and that ordinarily a Court cannot order a "continuance" without losing
2   personal jurisdiction which is required because an Order to Appear for Examination
3   is quasi criminal matter.

4          I have personal knowledge of the facts set forth above and if called upon as a
5   witness I could and would competently testify under oath thereto.

6          I declare under penalty of perjury under the laws of the United States of America
7   that my Declaration as set forth above is true and correct and that this Declaration was
8   executed at Los Angeles, California on October 5, 2023.

10                                    RONALD P. SLATES

Decl of R. Slates

# EXHIBIT 1

10/3/23, 3:25 PM
Case 2:21-cv-09369-DMG-RAO    Document 121    Filed 10/05/23    Page 5 of 9    Page ID #:2318
Who's in Jail - Inmate Details

Search By Name | List Inmate Names | FAQ | Visitor Information
Bail Agent Registration, click here.

**Due to security concerns, we have discontinued posting detailed inmate information on this website. Information required to be disclosed under Government Code section 6254(f)(1) of the California Public Records Act may be obtained in person at any Orange County Sheriff jail facility.**

## *Results for booking number:* <u>3295370</u>

| Inmate Name: | | | SILVERSTEIN , HOWARD MARC |
|---|---|---|---|
| **Date of Birth:** | 12-29-1944 | **Next Appearance Date:** | 10-05-2023 |
| **Sex:** | Male | **Next Appearance Court:** | CENTRAL JAIL COURT |
| **Race:** | White | **Custody Status:** | In Custody |
| **Height:** | 6' 01" | **Bail Amount:** | $0.00 |
| **Weight:** | 220 | **Arrested on:** | 10-03-2023 |
| **Hair Color:** | Grey | **Housing Location:** | <u>Intake Release Center (Men)</u> |
| **Eye Color:** | Blue | | |
| **Occupation:** | CPA | | |

Inmate charge information will be provided by e-mail to approved attorneys and licensed bail agent only. All other requests for charge information must be made in person at any Orange County Sheriff jail facility. To receive the active charges by email for this inmate enter your username and password below. Bail agents and attorneys must be registered and approved in order to receive active charges by e-mail.

Attorney registration, please **<u>click here</u>**.

Bail agent registration, please **<u>click here</u>**.

**<u>Change Password</u>** | **<u>Forgot Password</u>**

Username: [                    ]    Password: [                    ]

The data contained in this web site should not be relied upon for any type of legal action. Anyone who uses this information to commit a crime or to harass an inmate or his or her family may be subject to criminal prosecution and civil liability. Extreme care must be taken in the use of information because mistaken identification may occur when relying solely upon a name to identify individuals.

ALTHOUGH THE INFORMATION ON THIS SITE IS BELIEVED TO BE CORRECT, INFORMATION IS PROVIDED ON AN "AS IS" BASIS, AND ACCURACY AND/OR COMPLETENESS CANNOT BE GUARANTEED. NO WARRANTY OF ANY KIND IS GIVEN WITH RESPECT TO THE CONTENTS OF THIS WEBSITE.

Except as provided in Section 2074 and 2079.5 [sic], no bail licensee shall solicit any person for bail in any prison, jail, or other place of detention of persons, court or public institution connected with the administration of justice; or in the halls or corridors adjacent thereto; provided that a bail licensee may in such halls, corridors or in other rooms or areas where not prohibited by local rule or ordinance transact bail with persons specified in Section 2079 who have prior to transaction, requested his services.

The Department of Insurance does have the continuing authority to investigate and prosecute violations of the Insurance Code and the Insurance Commissioner's regulations. The Department will investigate complaints and will take appropriate action where necessary.

The Orange County Sheriff's Department reserves the right to deny any applicant and revoke current users due to abuse of access. Any misuse by anyone using the ID/Password issued to this agency can and will result in the loss of future use for the agency and other agencies using the same license number.

In order to obtain California Department of Insurance License contact:
1-800-927-4357 <u>www.Insurance.ca.gov</u>

I hereby agree to abide by the law and all policies, rules and regulations set aside by the State of California, the California Department of Insurance and the Orange County Sheriff's Department.

I have read and understand the statement above. Decline

# EXHIBIT 2



Los Angeles    Crime & Emergencies ▾

# Newport Beach Man, 78, Suspected of Masterminding Million-Dollar Fraud Scheme Arrested by Irvine Police



Source: Facebook/Irvine Police Department



By **Gabriela Martinez**
Published on October 04, 2023

In our justice system, persistence often influences outcomes, as seen in the case of Howard Silverstein, a 78-year-old Newport Beach inhabitant.

Following a two-year inquiry, the **Irvine Police Department** (IPD) arrested him.

Silverstein is suspected to have masterminded a fraudulent investment scheme, causing losses exceeding $1 million.



A 90-year-old Irvine resident, a victim of this, endured a $400,000 loss, and another's children's college savings disappeared due to the purported fraud.

The **IPD**'s Economic Crimes Investigator, with support from the Orange County District Attorney's Major Fraud Unit, filed 13 felony charges against Silverstein.

Silverstein was located in an Extended Stay hotel, and subsequently transported to Orange County Jail.

Los Angeles    Crime & Emergencies ▾