UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 21-9369 DMG (RAOx)     Date: October 6, 2023
Title: John Beau Billingslea et al. v. Howard M. Silverstein et al.

| | |
|---|---|
| Present: | The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |

| Donnamarie Luengo | CS 10/6/2023 |
|---|---|
| Deputy Clerk | Court Recorder: CourtSmart |

| Attorney Present for Judgment Creditor: | Attorney Present for Judgment Debtor (s): |
|---|---|
| Kevin Hoang | N/A |

**Proceedings:**     MINUTES OF CONTINUED JUDGMENT DEBTOR EXAMINATION

The case was called. Judgment Creditor John Beau Billingslea ("Judgment Creditor") and his counsel, Kevin Hoang, appeared over Zoom. Judgment Debtor Howard Silverstein ("Judgment Debtor") did not appear. Judgment Creditor's Counsel previously filed a declaration informing the Court that Judgment Debtor is currently in state custody in connection with a criminal matter arising out of Orange County and attached Judgment Debtor's booking sheet as an exhibit to the declaration. Dkt. No. 121. At the hearing, Judgment Creditor's counsel further informed the Court that Judgment Debtor continues to be detained and that his next superior court hearing is scheduled for later in October.

Counsel for Judgment Creditor requested the issuance of a bench warrant to retain personal jurisdiction over Judgment Debtor. The Court denied the request because Judgment Debtor was not able to appear for the scheduled hearing due to being detained and, moreover, the Court was not persuaded that a warrant was needed to retain jurisdiction. The Court and Judgment Creditor's Counsel discussed rescheduling the JDE and other outstanding matters in these proceedings. Based on those discussions, the Court hereby **ORDERS** as follows:

The Court continues the JDE to **December 1, 2023, at 11:00 a.m. in Courtroom 590, 5th Floor of Roybal Federal Building and U.S. Courthouse, 255 E. Temple Street, Los Angeles, California 90012. The parties are ordered to appear in person unless Judgment Creditor finds Judgment Debtor is still in the custody of law enforcement within seven (7) days of the December 1st JDE and notifies the Court, in which case the JDE shall be moved to Zoom.** Judgment Debtor's failure to appear for the December 1st JDE if not in custody will

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 21-9369 DMG (RAOx) | Date: | October 6, 2023 |
| Title: | John Beau Billingslea et al. v. Howard M. Silverstein et al. | | |

result in a certification of facts regarding contempt and a recommendation of the issuance of a bench warrant.

    Having been informed that Judgment Debtor did not produce the documents he was ordered to produce pursuant to the Court's September 28, 2023, order, *see* Dkt. No. 118, the Court directs Judgment Debtor to comply with the September 28th order **no later than seven (7) days** after being released from custody.

**IT IS SO ORDERED.**

| | : | 17 |
|---|---|---|
| Initials of Preparer | | dl |