RONALD P. SLATES   State Bar #43712
KEVIN A. HOANG   State Bar #277132
RONALD P. SLATES, P.C.
500 S. Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
khoang@rslateslaw.com

Attorneys for Plaintiffs John (Beau) Billingslea and Cecelia Billingslea

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN (BEAU) BILLINGSLEA, an individual and CECELIA BILLINGSLEA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA; MARKAY FINANCIAL CORPORATION, a California corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE No. 2:21-cv-09369-DMG(RAOx)<br><br>**STATUS REPORT REGARDING JUDGMENT DEBTOR HOWARD SILVERSTEIN HAVING BEEN RELEASED FROM THE CUSTODY OF LAW ENFORCEMENT**<br><br>Hearing Date: January 3, 2024<br>Time: 11:00 a.m.<br>Location: Courtroom 590, 5th Floor of Roybal Federal Building and U.S. Courthouse, 255 E. Temple Street, Los Angeles, California 90012 |

Plaintiffs hereby provide this Honorable Court with this Status Report regarding Judgment Debtor Howard Silverstein ("Silverstein") being released from the custody of law enforcement.

On November 10, 2023, Silverstein was personally served with the *Civil Minutes - General* at the Theo Lacy Facility at 501 The City Drive South, Orange, California 92868. *See* Dkt No. 124.

On November 27, 2023, in response to Plaintiffs' Status Report (*see* Dkt No.

Page 1

Status Report

125), the Court continued the judgment debtor examination to January 3, 2024 at 11:00 AM. *See* Dkt No. 126.

On December 13, 2023, I asked my staff to go online to check the inmate status of Silverstein. The online printout from the Orange County Sheriff's office sets forth that Silverstein has been "Released." Attached, as Exhibit "1", is a true and correct copy of the printout.

The Court directed Silverstein "to comply with the September 28th order no later than seven (7) days after being released from custody." Attached, as Exhibit "2", is a true and correct copy of the September 28th Order.

As mentioned above, Silverstein was personally served with the *Civil Minutes - General* and has failed to produce any documents to Plaintiffs' counsel which is in direct contravention of this Court's Order. Plaintiffs request that the Court issue a recommendation that Silverstein be found in contempt of Court.

Secondarily, if Silverstein fails to appear for the January 3rd JDE, Plaintiffs request that there be a certification of facts regarding contempt and a recommendation of the issuance of a bench warrant including setting a bail amount of not less than the original judgment amount which was $257,032.37.

Dated: December 21, 2023

Respectfully submitted,

RONALD P. SLATES, A PROFESSIONAL CORPORATION

/s/ Ronald P. Slates

By: Ronald P. Slates
Attorneys for Plaintiffs John (Beau) Billingslea, an individual
and Cecelia Billingslea, an individual

# EXHIBIT 1

Search By Name | List Inmate Names | FAQ | Visitor Information
Bail Agent Registration, click here.

**Due to security concerns, we have discontinued posting detailed inmate information on this website. Information required to be disclosed under Government Code section 6254(f)(1) of the California Public Records Act may be obtained in person at any Orange County Sheriff jail facility.**

### Results for booking number: 3295370

| | | | |
|---|---|---|---|
| Inmate Name: | | | SILVERSTEIN , HOWARD MARC |
| **Date of Birth:** | 12-29-1944 | **Next Appearance Date:** | |
| **Sex:** | Male | **Next Appearance Court:** | |
| **Race:** | White | **Custody Status:** | Released |
| **Height:** | 6' 01" | **Bail Amount:** | $0.00 |
| **Weight:** | 220 | **Arrested on:** | 10-03-2023 |
| **Hair Color:** | Grey | **Housing Location:** | Theo Lacy Facility |
| **Eye Color:** | Blue | **Release Type:** | Credit Time Served |
| **Occupation:** | CPA | **Release Date:** | 12-12-2023 21:51:00 |

Inmate charge information will be provided by e-mail to approved attorneys and licensed bail agent only. All other requests for charge information must be made in person at any Orange County Sheriff jail facility. To receive the active charges by email for this inmate enter your username and password below. Bail agents and attorneys must be registered and approved in order to receive active charges by e-mail.

Attorney registration, please **click here**.

Bail agent registration, please **click here**.

**Change Password** | **Forgot Password**

Username: _____     Password: _____

The data contained in this web site should not be relied upon for any type of legal action. Anyone who uses this information to commit a crime or to harass an inmate or his or her family may be subject to criminal prosecution and civil liability. Extreme care must be taken in the use of information because mistaken identification may occur when relying solely upon a name to identify individuals.

ALTHOUGH THE INFORMATION ON THIS SITE IS BELIEVED TO BE CORRECT, INFORMATION IS PROVIDED ON AN "AS IS" BASIS, AND ACCURACY AND/OR COMPLETENESS CANNOT BE GUARANTEED. NO WARRANTY OF ANY KIND IS GIVEN WITH RESPECT TO THE CONTENTS OF THIS WEBSITE.

Except as provided in Section 2074 and 2079.5 [sic], no bail licensee shall solicit any person for bail in any prison, jail, or other place of detention of persons, court or public institution connected with the administration of justice; or in the halls or corridors adjacent thereto; provided that a bail licensee may in such halls, corridors or in other rooms or areas where not prohibited by local rule or ordinance transact bail with persons specified in Section 2079 who have prior to transaction, requested his services.

The Department of Insurance does have the continuing authority to investigate and prosecute violations of the Insurance Code and the Insurance Commissioner's regulations. The Department will investigate complaints and will take appropriate action where necessary.

The Orange County Sheriff's Department reserves the right to deny any applicant and revoke current users due to abuse of access. Any misuse by anyone using the ID/Password issued to this agency can and will result in the loss of future use for the agency and other agencies using the same license number.

In order to obtain California Department of Insurance License contact:
1-800-927-4357  www.Insurance.ca.gov

I hereby agree to abide by the law and all policies, rules and regulations set aside by the State of California, the California Department of Insurance and the Orange County Sheriff's Department.

I have read and understand the statement above. | Decline

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN (BEAU) BILLINGSLEA, an individual and CECELIA BILLINGSLEA, an individual<br><br>                              Plaintiffs,<br>vs.<br><br>HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA; MARKAY FINANCIAL CORPORATION, a California corporation and DOES 1 through 25, inclusive,<br><br>                             Defendants. | Case No. 2:21-cv-09369-DMG (RAOx)<br>Hon. Rozella A. Oliver, Magistrate Judge<br><br>\*\*\*NOTE CHANGES MADE BY THE COURT\*\*\*<br>**ORDER FOR HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA TO APPEAR AT HIS CONTINUED JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS**<br><br>Date:    October 2, 2023<br>Time:   10:00 a.m.<br>Place:   500 S. Grand Ave<br>            Suite 2010<br>            Los Angeles, CA 90071 |

WHEREAS, the Judgement Debtor Examination of Judgment Debtor Howard M. Silverstein, individually and doing business as H. SILVERSTEIN AND COMPANY CPA ("Silverstein") came on for hearing, on August 30, 2023, at 10:00 a.m. before the Honorable Rozella A. Oliver, Magistrate Judge, after Silverstein having been duly served with notice thereof which included a Subpoena to Appear and Testify At a Hearing or Trial in a Civil Action and to produce the documents set forth on Exhibit "1" thereto, on July 19, 2023, at 10:55 a.m. at 4881 Birch Street, Unit 132, Newport Beach, California 92660; and

WHEREAS, Silverstein failed to appear at said Judgment Debtor Examination and same was continued to September 6, 2023, at 11:00 a.m. with Silverstein being ordered back by the Court; and

WHEREAS, Silverstein appeared at the Judgment Debtor Examination on September 6, 2023, at 11:00 a.m. without the requested documents; and

WHEREAS, despite being lawfully served with the Subpoena to Appear, Silverstein produced only his (1) California Driver's License, (2) AAA card, (3) Scan health card, (4) Credit One platinum credit card, (5) Costco Wholesale Executive Members Card, (6) Veteran's Administration Card, and (7) Wells Fargo Bank (Visa or Mastercard), and few miscellaneous cards, but not the subpoenaed documents; and

NOW, THEREFORE, IT IS HEREBY ORDERED that Silverstein shall appear for his continued Judgment Debtor Examination on October 6, 2023, at 11:00 a.m., in Courtroom 590 of the United States District Court located at 255 E. Temple Street, Los Angeles, CA; and

IT IS HEREBY FURTHER ORDERED that Silverstein shall produce the following documents to Ronald P. Slates, Esquire, Ronald P. Slates, A Professional Corporation, 500 S. Grand Avenue, Biltmore Tower Suite 2010, Los Angeles, California 90071 by 12:00 noon on October 2, 2023:

1. A complete copy of YOUR Federal Income Tax return for the years 2017 through 2022.  [Silverstein shall hereinafter be referred to as "YOU" and/or "YOUR".]

PA complete copy of YOUR State Income Tax return for the years 2017 through 2022.

2. Copies of any and all DOCUMENTS and WRITINGS used and/or relied upon by YOU and/or YOUR accountants or other tax preparers or anyone else involved in the preparation of YOUR Federal and State Income Tax Returns for the years of 2017 through the present but not attached to the filed income tax returns. [The terms "DOCUMENTS" and "WRITINGS" shall have the meaning defined in Section 250 of the Evidence Code and shall include but are not limited to, the original or a copy of all records, recordings, videos, papers, letters and telegrams (whether received or sent), memoranda, agreements, handwritten, typed or electronic notes, e-mail (whether received or sent) whether or not in your possession, under your control and/or available to you, your agents, attorneys, employees and/or servants which relate or pertain in any way to the subject matters in connection with which it is used, and such term includes originals and all copies, no matter how prepared, and all drafts prepared in connection with such DOCUMENTS and WRITINGS, including the following: (a) Written statements and transcripts or memoranda of any telephone or oral communication, report or conversation; (b) Drawings, sketches, data reports, lab notebooks, photographs, specifications, graphs or manuals; (c) Licenses, instruments of assignment or conveyance, documents of title, stock and share certificates; (d) Ledgers, journals, financial statements and other financial reports, analyses or recordings; (e) Recordings of all types, including tape recordings or other mechanical or electrical transcriptions or recordings, or any matrix or other device from which additional copies can be made; and, (f) Deeds or deeds of trust, of any kind or nature, notes, agreements, or any documentation relating to a transfer of property or any transfer of title to property.]

3. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to YOUR net worth from 2017 through September 30, 2023, including without

limitation all financial statements, profit (income) and loss statements, and balance sheets (whether or not they fully disclose said net worth).

4. The names, addresses, telephone numbers, fax numbers and email addresses of all persons and/or entities to whom YOU have rendered services from 2017 through September 15, 2023.

5. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to payments made to and/or on behalf of YOU for the independent contractor services or employment of YOU at any time from 2017 through September 30, 2023, including but not limited to invoices, canceled checks, credit card receipts, deposit receipts, PayPal receipts/reports, Venmo receipts/reports, Zelle receipts/reports, bank statements, and/or credit/debit card statements, crypto currency, including bitcoin/dogecoin or any form of cash app.

6. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to payments currently being made to and/or on behalf of YOU for the services or employment of YOU at any time from 2017 through September 30, 2023, including but not limited to invoices, canceled checks, credit card receipts, deposit receipts, PayPal receipts/reports, Venmo receipts/reports, Zelle receipts/reports, bank statements, and/or credit/debit card statements, crypto currency, including bitcoin/dogecoin or any form of cash app.

7. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to YOUR off-site storage unit, its location, and contact information, including but not limited to, contracts, keys, invoices, late notices, lock-out notices, and all emails or other correspondence with said off-site storage facility from date pf inception to the present.

8. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money in excess of $100.00 paid to YOU by any person or entity at

any time from 2017 through September 30, 2023.

9. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money loaned to YOU (or for YOUR benefit) by any person or entity at any time from 2017 through September 30, 2023.

10. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money promised to be paid to YOU (or for YOUR benefit) by any person or entity at any time from 2017 through September 30, 2023.

11. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money advanced to YOU (or for YOUR benefit) by any person or entity at any time from 2017 through September 30, 2023.

12. Any and all DOCUMENTS, including but not limited to general ledgers, books or general entries, paid bills, unpaid bills, accounts receivable ledgers, accounts payable ledgers, banking records, monthly bank statements and canceled checks, evidencing money given in any manner whatsoever to YOU (or for YOUR benefit) by any person or entity at any time from 2017 through September 30, 2023.

13. Any and all DOCUMENTS and WRITINGS that refer, reflect or relate to the 2007 Aston Martin D89 with VIN #SCFAB02A87GB06884, License #7LPZ971 owned in whole or in part by YOU and/or by any persons for YOUR benefit from date of purchase (which date is unknown to Judgment Creditors) to alleged date of sale (unknown by Judgment Creditors), including but not limited to, vehicle registration, purchase contract, financing documents, pink slip, current location,

liens or other documents reflecting a secured interest by a 3rd party, amount for which it was sold, sale receipt, name, address and telephone and fax number of purchaser, and to whom the purchase price was paid.

14. Any and all DOCUMENTS and WRITINGS that refer, reflect or relate to the 2014 Porsche Cayenne with VIN #WP1AF2A29ELA41388, License #7DXR878 owned in whole or in part by YOU and/or by any persons for YOUR benefit from date of purchase (which date is unknown to Judgment Creditors) to date of sale (8/24/2023 when Judgment Creditors purchased same from the U.S. Marshal's sale pursuant to a credit bid of $25,002.93) including but not limited to, vehicle purchase contract and financing documents.

15. Any and all DOCUMENTS and WRITINGS that refer, reflect or relate to the 2015 Porsche 911 with VIN #WPOCA2A91FS137089, License #CPTSIL owned in whole or in part by YOU and/or by any persons for YOUR benefit from date of purchase (which date is unknown to Judgment Creditors) to alleged date of sale (unknown by Judgment Creditors), including but not limited to, vehicle registration, purchase contract, financing documents, pink slip, current location, liens or other documents reflecting a secured interest by a 3rd party, amount for which it was sold, sale receipt, name, address and telephone number of purchaser, and to whom the purchase price was paid.

16. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to YOUR employment status.

17. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to YOUR independent contractor status.

18. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to how YOU are earning or otherwise receiving money today.

19. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to how YOU are earning or otherwise receiving credit today.

20. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to

7  ORDER

Volta in the U.K. or worldwide as represented by YOU to Judgment Creditors (even though it may now be out of business).

21. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to Rupon Anandanadarajah the contact person for the Volta investment project and the Rockwell Energy Fund investment as represented by YOU to Judgment Creditors., including but not limited to his address, telephone and fax numbers and email addresses.

22. Any and all DOCUMENTS that directly or indirectly describe, reflect, or refer to Rockwell Energy Fund investment as represented by YOU to Judgment Creditors (even though it may now be out of business).

23. The full name, address, telephone and fax numbers and email addresses of the "banking person" that YOU referred to in communications with Judgment Creditors regarding the Volta Investment and the Rockwell Energy Fund Investment.

24. The full name, address, telephone and fax numbers and email addresses of the "money guy" that YOU referred to in communications with Judgment Creditors regarding the Volta Investment and the Rockwell Energy Fund Investment or any other proposed investment.

25. The full name, address, telephone and fax numbers and email addresses of the "banking person" that YOU referred to in communications with Judgment Creditors regarding the Volta Investment and the Rockwell Energy Fund Investment.

26. The full name, address, telephone and fax numbers and email addresses of everyone from whom YOU received monies to invest in the Volta investment program.

27. The full name, address, telephone and fax numbers and email addresses of anyone YOU solicited to invest in the Volta investment program.

28. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the

amounts invested by each person from whom YOU received monies to invest in the Volta investment program.

29. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the details of the Volta investment program.

30. The full name, address, telephone and numbers and email addresses of everyone from whom YOU received monies to invest in the Rockwell Energy Fund investment program.

31. The full name, address, telephone and fax numbers and email addresses of anyone YOU solicited to invest in the Rockwell Energy Fund investment program.

32. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the amounts invested by each person from whom YOU received monies to invest in the Rockwell Energy Fund investment program.

33. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the details of the Rockwell Energy Fund investment program.

34. The full name, address, telephone and fax numbers and email addresses of everyone to whom YOU paid any monies whatsoever as a result of their participation in the Volta investment program.

35. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the amount of monies paid, if any, by YOU to investors in the Volta Investment Program.

36. The full name, address, telephone and fax numbers and email addresses of everyone to whom YOU paid any monies whatsoever as a result of their participation in the Rockwell Energy Fund investment program.

37. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the amount of monies paid, if any, by YOU to investors in the Rockwell Energy Fund investment program.

38. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to monies YOU received from the Volta investment program.

39. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to monies YOU received from the Rockwell Energy Fund investment program.

40. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to transfers of funds from YOUR bank account(s) to Volta.

41. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to transfers of funds from Volta to YOUR bank account(s).

42. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to all assets of YOUR late wife over which YOU had/have control as conservator/beneficiary.

43. Any and all emails to and from YOU and anyone involved in the Volta investment program from inception of YOUR relationship with the Volta investment program to the present.

44. Any and all emails to and from YOU and anyone involved in the Rockwell Energy Fund investment program from inception of YOUR relationship with the Rockwell Energy Fund investment program to the present.

45. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to the Judgment entered against YOU in the Superior Court of California, County of Orange, Case No. 30-2020-01144088-CU-BC-CJC entitled *Robert L. Sfreddo vs. Howard M. Silverstein*.

46. Copies of any checks, cashier's checks, electronic payments, wire transfers and/or deposit receipts received by YOU in connection with the "Oil and Gas Investment" referred in the Superior Court of California, County of Orange, Case No. 30-2020-01144088-CU-BC-CJC entitled *Robert L. Sfreddo vs. Howard M. Silverstein*.

47. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to any payments, of any type whatsoever, made by YOU with respect to the Judgment entered against YOU in the Superior Court of California, County of Orange, Case No. 30-2020-01144088-CU-BC-CJC entitled *Robert L. Sfreddo vs. Howard M.*

*Silverstein.*

48. Any and all DOCUMENTS and WRITINGS which refer, reflect or relate to any property transferred by YOU to Robert L. Sfreddo in partial and/or full satisfaction of the Judgment entered against YOU in the Superior Court of California, County of Orange, Case No. 30-2020-01144088-CU-BC-CJC entitled *Robert L. Sfreddo vs. Howard M. Silverstein.*

DATED: September 28, 2023.

             _____/s/_____
             Hon. Rozella A. Oliver, Magistrate Judge