UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No.: | CV 21-9369 DMG (RAOx) | Date: January 3, 2024 |
| Title: | John Beau Billingslea et al. v. Howard M. Silverstein et al. | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Elisa Quintero | XTR 1/3/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Judgment Creditor: | Attorney Present for Defendant(s): |
|---|---|
| Ronald P. Slates<br>Kevin Andrews Hoang | N/A |

**Proceedings:** (In Chambers) **MINUTES OF JUDGMENT DEBTOR EXAMINATION**

The case was called. Judgment Creditor Billingslea and counsel appeared as well as Judgment Debtor Howard Silverstein[1].

Judgment Debtor was sworn, and the parties proceeded with the JDE outside the presence of the Court. Later the same day, the Court and the parties reconvened to address objections raised by Judgment Debtor during the examination. Judgment Creditor's counsel informed the Court that Judgment Debtor raised a series of objections, and Judgment Creditor presented the disputed issues to the Court.

Having heard the transcript excerpts and the parties' arguments, the Court issued the following rulings:

- Former/current client lists: Judgment Debtor's objections are **overruled**.
- Social security benefits: Judgment Debtor's objections are **overruled**.
- TAG Heuer watch: Judgment Debtor's objections are **overruled**.
- Purchasers of Judgment Debtor's Porsche 911 and Aston Martin luxury vehicles: Judgment Debtor's objections are **overruled**.

Judgment Debtor was ordered to produce the names and contact information of his former and current clients, the dollar amount of his monthly social security benefit payments, and the identities of the third-party purchasers of his luxury vehicles. The Court agreed to hold in abeyance

---

[1] Judgment Creditor and his counsel, Mr. Slates, appeared by video.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 21-9369 DMG (RAOx)                                         Date: January 3, 2024
Title:         John Beau Billingslea et al. v. Howard M. Silverstein et al.

Judgment Creditor's attempts at contacting Judgment Debtor's clients until the Court issues a protective order for confidentiality.  The Court directed Judgment Creditor's counsel to submit a proposed order for turnover of the TAG Heuer watch at the conclusion of today's JDE.  The Court also continued the JDE to a later date and set the following schedule:

- **Friday, January 12, 2024**: If the parties cannot agree on the language of the confidentiality agreement after meeting and conferring, they are each to file proposed language of the agreement, upon which the Court will issue an order.  Preferred language can be found on the Court's website at https://www.cacd.uscourts.gov/honorable-rozella-oliver.

- **Friday, February 9, 2024**: JDE proceedings will resume at **11:00 a.m.** in Courtroom 590, 5th Floor at the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA 90012.

**IT IS SO ORDERED.**

Total Time    1  :  27
Initials of Preparer         eq