RONALD P. SLATES   State Bar #43712
KONRAD L. TROPE   State Bar #133214
   *Of Counsel*
RONALD P. SLATES, P.C.
500 S. Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
ktrope@tropelawgroup.com

Attorneys for Plaintiffs John (Beau) Billingslea and Cecelia Billingslea

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN (BEAU) BILLINGSLEA, an individual and CECELIA BILLINGSLEA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD M. SILVERSTEIN, individually and doing business as H. SILVERSTEIN AND COMPANY CPA; MARKAY FINANCIAL CORPORATION, a California corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE No. 2:21-cv-09369-DMG (RAOx)<br><br>**NOTICE OF LODGING OF PLAINTIFFS' [PROPOSED] PROTECTIVE ORDER** |

PLEASE TAKE NOTICE that Plaintiffs, JOHN (BEAU) BILLINGSLEA AND CECELIA BILLINGSLEA, hereby lodge the attached PLAINTIFFS' [PROPOSED] PROTECTIVE ORDER.

///

///

Page 1

NOTICE OF LODGING

DATED: January 12, 2024

Respectfully submitted,

RONALD P. SLATES
A PROFESSIONAL CORPORATION

/s/ RONALD P. SLATES

BY: RONALD P. SLATES
Attorney for Plaintiffs/Judgment Creditors

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 500 South Grand Avenue, Biltmore Tower Suite 2010, Los Angeles, California 90071.

On January 12, 2024, I served the foregoing document described as NOTICE OF LODGING OF PLAINTIFFS' [PROPOSED] PROTECTIVE ORDER on all interested parties in this action as stated below and on the attached Service List.

| | |
|---|---|
| | [**BY MAIL**]   I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed on the attached Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this business for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services, in a seal envelope with postage fully prepaid. |
| | [**BY PERSONAL SERVICE**]   I personally delivered the document(s) to the persons at the address(es) listed on the attached Service List. For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document(s), in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. |
| | [**BY OVERNIGHT DELIVERY**]   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| ✔ | [**BY ELECTRONIC SERVICE**]   My electronic address is scannavan@rslateslaw.com. On the date set forth herein, I electronically served the above-listed document(s) to the person(s) at the electronic address(es) listed. |

Executed on January 12, 2024, at Simi Valley, California.

☐   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ SANDY CANNAVAN
_____
SANDY CANNAVAN

# SERVICE LIST

Howard M. Silverstein, d/b/a
H. Silverstein and Company CPA
hsilversteincpa@gmail.com